## PULASKI SCOVIL

*v.*

## MARY A. CONNELL.

1. DEEDS—*deed of a married woman—husband must join in.* The act of 1861 does not authorize the conveyance of real estate, belonging to a married woman, to be made by her, without joinder by the husband.

2. FORMER DECISION. The case of *Cole* v. *Van Riper*, 44 Ill. 58, is decisive of this case.

WRIT OF ERROR to the Circuit Court of Mason county; the Hon. CHARLES TURNER, Judge, presiding.

This was an action of covenant, brought in the court below, by the plaintiff in error, against the defendant in error, wherein a judgment was rendered for the defendant, to reverse which the case is brought to this court by writ of error. The only question presented by the record is, whether a married woman, under the act of 1861, entitled "An act to protect married women in their separate property," can convey her real estate without joining with her husband.

Mr. LYMAN LACEY, for the plaintiff in error.

Mr. S. L. RICHMOND and Mr. B. S. PRETTYMAN, for the defendant in error.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

We held, in the case of *Cole* v. *Van Riper*, 44 Ill. 58, that the act of 1861, in regard to married women did not enable them to convey their real estate without joinder by the husband. That decision disposes of this case.

*Judgment affirmed.*